AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Kurdistan Victims Fund, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-00278-RDM |
| Kurdistan Regional Government, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kurdistan Regional Victims, et al.

Date: 04/04/2024

/s/ James R. Tate
*Attorney's signature*

James R. Tate (VA Bar No. 6242)
*Printed name and bar number*

Tate Bywater
2740 Chain Bridge Rd
Vienna, VA 22181

*Address*

jtate@tatebywater.com
*E-mail address*

(703) 938-5100
*Telephone number*

(703) 991-0605
*FAX number*