**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Kurdistan Victims Fund, *et al.*,  )<br> )<br>Plaintiffs,  )<br> )<br>v.   )<br> )<br> )<br>Kurdistan Regional Government, *et al.*,  )<br> )<br>Defendants.  )<br> ) | Civil Action No. 1:24-cv-00278-RDM<br>Judge Randolph Moss |

## **PLAINTIFFS' RULE 7.1 CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for (a private non-governmental party or intervenor) certifies the following:

There are no corporate affiliates, subsidiaries, and/or parent corporation or any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.

Respectfully submitted,

Benjamin Ader
Counsel for Plaintiffs

*Counsel for Plaintiffs Kurdistan Victims Fund, et. al.*

**TATE BYWATER**

By:   /s/ Benjamin Ader
      Tate Bywater
      Paul Mickelsen (D.C. Bar Number 500750)
      Benjamin Ader (D.C. Bar Number 1616990)
      2740 Chain Bridge Road
      Vienna, VA 22181
      Tel: 703-938-5100
      Email: pmickelsen@tatebywater.com
      Email: bader@tatebywater.com


      /s/ James R. Tate
      Tate Bywater
      James R. Tate, *pro hac vice*
      (VA Bar Number 06241)
      2740 Chain Bridge Road
      Vienna, VA 22181
      Tel: 703-938-5100
      Email: jtate@tatebywater.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 27, 2024, I served a true and accurate copy of the foregoing via ECF.

                                                    /s/Benjamin Ader