AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Kurdistan Victims Fund, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-00278-RDM |
| Kurdistan Regional Government, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Baz Karim al-Barzanji                                                                .

Date:   08/08/2024

*/s/ Daniel Humphrey*
*Attorney's signature*

Daniel L. Humphrey (FL State Bar No. 1024695)
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
2601 South Bayshore Dr, Suite 1538
Miami, FL 33133
*Address*

danielhumphrey@quinnemanuel.com
*E-mail address*

(786) 850-3630
*Telephone number*

(305) 901-2975
*FAX number*