AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Kurdistan Victims Fund, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-00278-RDM |
| Kurdistan Regional Government, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

co-counsel for Defendants Treefa Aziz, Hikmat Bamarni, and Entifadh Qanbar.

Date:   09/06/2024

/s/ Dominic E. Draye
*Attorney's signature*

Dominic E. Draye (DC Bar No. 1008820)
*Printed name and bar number*

Greenberg Traurig
2101 L Street NW Suite 1000
Washington, D.C. 20037
*Address*

drayed@gtlaw.com
*E-mail address*

(202) 331-3100
*Telephone number*

(202) 331-3101
*FAX number*