**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Kurdistan Victims Fund, *et al.*,  )<br>   )<br>   Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>   )<br>Kurdistan Regional Government, *et al.*,   )<br>   )<br>   Defendants.   )<br>   ) | Civil Action No. 1:24-cv-00278-RDM<br>Judge Randolph Moss |

**[PROPOSED] ORDER**

Upon consideration of Defendant Treefa Aziz's Opposition to Plaintiffs' Motion for Leave to Effect Alternative Service of Defendants, it is hereby

ORDERED that Plaintiffs' Motion for Leave to Effect Alternative Service of Defendants (Dkt. 50) is DENIED; and it is further

ORDERED that service shall be made on all defendants within 60 days following entry of this Order; and it is further

ORDERED that Plaintiffs shall file a comprehensive status report detailing their service efforts and service status as to each individual defendant by no later than seven days after the service deadline; and it is further

ORDERED that claims against any defendant not served as prescribed by law by such service deadline shall be dismissed; and it is further

ORDERED that Plaintiffs' counsel shall pay Defendant Aziz costs and attorney fees expended in responding to Plaintiffs' Motion for Leave to Effect Alternative Service of Defendants.

2

Dated: October \_\_\_\_, 2024  IT IS SO ORDERED,

_____
Hon. Randolph D. Moss
United States District Judge

2