AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| KURDISTAN VICTIMS FUND ET AL. ) <br> *Plaintiff* ) <br> v. ) <br> KURDISTAN REGIONAL GOVERNMENT ET AL. ) <br> *Defendant* ) | Case No.  1:24-CV-00278 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Valerie Cupp

Date: 09/30/2024

*Attorney's signature*

Rebecca Bazan DC Bar 994246
*Printed name and bar number*
Duane Morris LLP
901 New York Avenue NW, Suite 700E
Washington, DC 20001

*Address*

rebazan@duanemorris.com
*E-mail address*

(202) 776-5253
*Telephone number*

(202) 330-5547
*FAX number*