## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KURDISTAN VICTIMS FUND, *ET AL*.,**<br><br>    PLAINTIFFS,<br><br>V.<br><br>**KURDISTAN REGIONAL GOVERNMENT, *ET AL*.**<br><br>    DEFENDANTS. | **CASE NO.: 1:24-cv-278-RDM** |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

To the Clerk of Court: Pursuant to LCvR 83.6(a), please enter the appearance of Justin M. Flint, Esq. (#491782) of ECCLESTON & WOLF, PC as lead counsel for Defendants Johnathon R. Moore and Julie M. Sanford in the above-captioned matter.

Respectfully submitted,

ECCLESTON & WOLF, P.C.

/s/  *Justin M. Flint*
Justin M. Flint (#491782)
1629 K Street, N.W., Suite 260
Washington, D.C. 20006
(202) 857-1696 (Tel)
(202) 857-0762 (Fax)
flint@ewdc.com
*Counsel for Defendants*
*Johnathon R. Moore and*
*Julie M. Sanford.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day of October 1, 2024, a copy of the foregoing Notice of Entry of Appearance of Counsel was served via CM/ECF to all counsel of record.

/s/ *Justin M. Flint*
Justin M. Flint (#491782)
