UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KURDISTAN VICTIMS FUND, A NON-PROFIT 501(C)(3) FOUNDATION,** *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION |
| | : NO. 1:24-cv-00278-RDM |
| **KURDISTAN REGIONAL GOVERNMENT, et al.,** | : |
| Defendants. | : |

## MOTION FOR ADMISSION *PRO HAC VICE* OF SARA E. SMITH

Pursuant to Local Civil Rule 83.2(c) and (d) of the United States District Court for the District of Columbia, Defendant Valerie Cupp, through her undersigned counsel, respectfully moves for the admission *pro hac vice* of Sara E. Smith as counsel for Ms. Cupp in the above-captioned action. In support thereof, Ms. Cupp states as follows:

1. The undersigned attorney, Rebecca E. Bazan, is duly admitted to the Bar of the District of Columbia and is also duly admitted to practice in this Court.

2. As set forth in the accompanying Declaration of Sara E. Smith, Ms. Smith is a member in good standing with the Bar of the Commonwealth of Pennsylvania. Ms. Smith is also admitted to practice in the following courts: U.S. District Court for the Eastern District of Pennsylvania, U.S. Court of Appeals for the First Circuit.

3. Ms. Smith is not currently subject to discipline in any court, nor has she been previously disciplined, suspended, or disbarred in any court.

4. Ms. Smith has not been admitted to practice *pro hac vice* in this Court in the last two years.

5. Ms. Smith has reviewed and is familiar with the Court's Local Rules.

6. In accordance with the Court's Local Rules, Ms. Smith will be associated with a member of the Bar of this Court in appearing in this action on behalf of Ms. Cupp.

WHEREFORE, Ms. Cupp respectfully moves for the admission of Ms. Smith *pro hac vice* as counsel for Ms. Cupp in the above-captioned matter to perform all functions as counsel in this matter.

Dated: October 2, 2024             Respectfully submitted,

**DUANE MORRIS LLP**

*/s/   Rebecca E. Bazan*
Rebeca E. Bazan
901 New York Avenue N.W., Suite 700 East
Washington, DC 20001-4795
Tel.: (202) 776-5253
Fax: (202) 330-5547
REBazan@duanemorris.com

*Counsel for Valerie Cupp*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 2, 2024, the foregoing Motion for Admission *Pro Hac Vice* of Sara E. Smith was served via ECF to all counsel of record.

                                            /s/   Rebecca E. Bazan
                                            Rebecca E. Bazan

                                            *Counsel for Valerie Cupp*