**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **KURDISTAN VICTIMS FUND, *ET AL.*,** |
| PLAINTIFFS, |
| V. |
| **MASROUR BARZANI, *ET AL*.** |
| DEFENDANTS. |

**CASE NO.: 1:24-cv-278-RDM**

## ORDER

Upon consideration of Defendants Jonathon R. Moore ("Moore") and Julie M. Sanford's ("Sanford") Motion to Dismiss the Third Amended Complaint, any opposition thereto, and the entire record herein, it is by this Honorable Court on this _____ day of _____ 2026

**ORDERED** that Defendants Moore and Sanford's Motion to Dismiss the Third Amended Complaint is **GRANTED**; and

**ORDERED** that Plaintiffs' Third Amended Complaint against Defendants Moore and Sanford is dismissed with prejudice.

_____
The Honorable Randolph Moss