**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KURDISTAN VICTIMS FUND, *ET AL.*,** | |
| PLAINTIFFS, | |
| V. | **CASE NO.: 1:24-cv-278-RDM** |
| **MASROUR BARZANI, *ET AL.*** | |
| DEFENDANTS. | |

**CONSENT MOTION TO EXTEND TIME FOR JONATHON MOORE AND
JULIE SANFORD TO REPLY TO PLAINTIFFS' OPPOSITION TO THEIR
MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

Defendants Jonathon R. Moore ("Moore") and Julie M. Sanford ("Sanford"), by and through undersigned counsel, pursuant to LCvR 7(a) and 7(m), hereby submit this Consent Motion to Extend Time for Defendants Moore and Sanford to Reply to Plaintiffs' Opposition to their Motion to Dismiss the Third Amended Complaint, and in support thereof state as follows:

1. On June 1, 2026, Defendants Moore and Sanford filed their Motion to Dismiss Plaintiffs' Third Amended Complaint.

2. On June 15, 2026, Plaintiffs filed their Opposition to Defendants Moore and Sanford's Motion to Dismiss.

3. Accordingly, Defendants Moore and Sanford's Reply to Plaintiff's Opposition to their Motion to Dismiss is due on June 22, 2026.

4. Defendants Moore and Sanford respectfully request a ten-day (10) extension of time, through and including July 2, 2026, to file their Reply to Plaintiffs' Opposition.

1

5.      Good cause exists for the requested extension. Plaintiffs' Opposition is forty-three (43) pages and raises numerous arguments requiring careful review and response. Additionally, undersigned counsel is currently pressed with the obligations of other business.

6.      This request is made in good faith and not for purposes of delay. No party will be prejudiced by the requested extension. In fact, Plaintiffs, through counsel, consent to the requested extension.

7.      On June 17, 2026, before this Motion was filed, undersigned counsel emailed Plaintiffs, through their counsel, for consent to the requested relief. That same day, Plaintiffs, through counsel, consented to the requested extension.

8.      Accordingly, for the foregoing reasons and good cause shown, Defendants Moore and Sanford respectfully request a ten-day (10) extension to Reply to Plaintiffs' Opposition to their Motion to Dismiss.

WHEREFORE, Defendants Moore and Sanford hereby request that this Court grant the instant Consent Motion and enter an Order granting Defendants Moore and Sanford until July 2, 2026, to Reply to Plaintiffs' Opposition to their Motion to Dismiss.

Respectfully submitted,

ECCLESTON & WOLF, P.C.
/s/ *Justin Flint*
Justin M. Flint (#491782)
Kennedy M. Davis (#90007314)
1629 K Street, N.W., Suite 260
Washington, D.C. 20006
(202) 857-1696 (Tel)
(202) 857-0762 (Fax)
flint@ewdc.com
davis@ewdc.com
*Counsel for Defendants Jonathon Moore and Julie Sanford*

## UNITED STATES DISTRICT COURT LOCAL RULE 7(m) CERTIFICATION

I HEREBY CERTIFY that, on June 17, 2026, pursuant to Local Rule 7(m), Defendants Moore and Sanford, through undersigned counsel, requested consent from Plaintiffs for an extension of time to file their Reply to Plaintiffs' Opposition to their Motion to Dismiss. That same day, Plaintiffs, through counsel, consented to the requested extension.

/s/ Justin M. Flint
Justin M. Flint (#491782)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 17, 2026, a copy of the foregoing Consent Motion to Extend the Time to Reply to Plaintiffs' Opposition to Motion to Dismiss the Third Amended Complaint was served via the Court's electronic filing system to all counsel of record.

/s/ Justin M. Flint
Justin M. Flint (#491782)

3