**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KURDISTAN VICTIMS FUND,** *ET AL.*,<br><br>    PLAINTIFFS,<br><br>V.<br><br>**MASROUR BARZANI,** *ET AL.*<br><br>    DEFENDANTS. | **CASE NO.: 1:24-cv-278-RDM** |

## **ORDER**

Upon consideration of Defendants Jonathon R. Moore ("Moore") and Julie M. Sanford's ("Sanford") Consent Motion to Extend the Time to Reply to Plaintiffs' Opposition to their Motion to Dismiss, any opposition thereto, and the entire record herein, it is by this Honorable Court on this _____ day of _____ 2026

**ORDERED** that Defendants Moore and Sanford's Consent Motion to Extend the Time to Reply to Plaintiffs' Opposition to their Motion to Dismiss is **GRANTED**; and

**ORDERED** that Defendants Moore and Sanford shall have until July 2, 2026, to file their Reply to Plaintiffs' Opposition to their Motion to Dismiss.

_____
The Honorable Randolph Moss

1