IN THE UNITED STATES DISTRICT COURT
FOR THE DISRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAKI REVEND, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:24-cv-00278-RDM |
| | ) | Judge Randolph Moss |
| MASROUR BARZANI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### Declaration of Paul Mickelsen

Pursuant to this Court's Order of June 22, 2026, Paul Mickelsen states as follows:

I will take full responsibility for any future filings in the instant case on which my signature shall appear. I will personally verify the substantive accuracy of any factual or legal representation contained therein, including verifying the accuracy of all quotes and citations. I will also insure that at good faith and reasonable basis exists for all factual assertions.

Further, I understand that all subsequent filings in this case shall be signed by two partners at Tate Bywater who each individually assume responsibility for all factual and legal representations contained in filings in this Court.

Executed this 29th day of June, 2026.

Paul Mickelsen

1

Sworn and subscribed to before me this 29th day of June, 2026.

_Felany M. Esteves_
Notary Public

My commission expires: __11/30/29__

Seal:

```
FELANY MOLINA ESTEVES
NOTARY PUBLIC
REGISTRATION # 00390208
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 11-30-2029
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2026, I served a true and accurate copy of the foregoing via ECF.

_/s/ Paul Mickelsen_

2