**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISRICT OF COLUMBIA**

| | |
|---|---|
| MAKI REVEND, *et al.*,      ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-00278-RDM |
| ) | Judge Randolph Moss |
| MASROUR BARZANI, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

### Declaration of James R. Tate and Paul Mickelsen

Pursuant to this Court's Orders of June 22 and June 23, 2026, concerning disclosure of the names and other information about persons who drafted the two motions for reconsideration of this Court's denial of the in-limine motion that was filed in this Court, James R. Tate and Paul Mickelsen state as follows:

The volunteers that drafted the reference motions were referred to Tate Bywater with the condition that their identities be kept confidential because of fear of retribution from Defendants or their agents. No attorney or employee at Tate Bywater has knowledge of the names or identifying information of the volunteers who drafted the pleadings. The founder and Chairman of the Kurdistan Victims Fund (a Wyoming charitable entity), Stephen M. Studdert, has acted as conduit for the work product of all volunteers referred to Tate Bywater; and to protect the identity of the volunteers has not disclosed their identity to anyone. A sworn statement from Mr. Studdert is attached hereto, marked Exhibit A, and made a part hereof.

1

It is noted that the Kurdistan Victims Fund, represented by Mr. Studdert, was the original lead Plaintiff in this case, along with five thousand John Does. Pursuant to this Court's ruling that the John Does could not proceed anonymously in order to protect their identity, the Kurdistan Victims' Fund and the John Does withdrew as Plaintiffs in this case because without exception all John Does feared retribution to themselves and their families should their identity become known.

In view of the likelihood that this Court may not approve of Tate Bywater utilizing volunteers to assist in drafting pleadings without knowing their identities, Tate Bywater has determined to seek substitute counsel with sufficient means and human resources to proceed with this case without the assistance of volunteers who fear to disclose their identities. The undersigned respectfully request that the Court grant them sufficient time to withdraw with the Court's permission, and find substitute counsel to represent Plaintiffs.

Executed under oath this 29th day of June, 2026.

_____
James R. Tate

_____
Paul Mickelsen

Sworn and subscribed to by James R. Tate and Paul Mickelsen before me this 29th day of June, 2026.

_____
Notary Public

My commission expires: __11/30/2029__

Seal:

FELANY MOLINA ESTEVES
NOTARY PUBLIC
REGISTRATION # 00390208
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 11-30-2029

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2026, I served a true and accurate copy of the

foregoing via ECF.

/s/ James R. Tate