**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAKI REVEND, *et al.*,          ) | |
|          ) | |
|       Plaintiffs,      ) | |
|          ) | Civil Action No. 1:24-cv-00278-RDM |
|     v.         ) | Judge Randolph Moss |
|          ) | |
| TREEFA AZIZ, *et al.*,        ) | |
|          ) | |
|       Defendants.    ) | |
|          ) | |

**DEFENDANT HAMZA SALIM'S RESPONSE TO THE COURT'S MINUTE**
**ORDER OF JUNE 30, 2026, REGARDING PLAINTIFFS' COUNSEL'S DECLARATION**

Defendant Hamza Salim ("Mr. Salim") submits this response pursuant to the Court's

Minute Order of June 30, 2026, which provides that defendants may respond on or before July 7,

2026, to Plaintiffs' counsel's stated intention to seek substitute counsel and then to withdraw

from this case.

Mr. Salim concurs with the response filed by Defendant Treefa Aziz on July 2, 2026

[Dkt. 183].  In particular, he concurs that Plaintiffs' counsel should not be permitted to withdraw

and that this case should be dismissed with prejudice in its entirety as a sanction for recently

discovered, serious misconduct by Plaintiffs' counsel.  That misconduct – involving filing briefs

citing non-existent cases and relying on anonymous "volunteers" to draft pleadings without

oversight or careful review of work product in total disregard of ethical obligations under Fed. R.

Civ. P. 11 and rules governing professional responsibility – is a show stopper that must be

sanctioned accordingly.

Mr. Salim also is entitled to dismissal of all claims against him pursuant to Fed. R. Civ.

P. 12(b)(6) for all the reasons stated in his motion to dismiss and supporting reply [Dkt. 133 &

Dkt. 153]. The motion is fully briefed and ripe for decision. Plaintiff's counsel's stated intention to seek substitute counsel and then to withdraw from this case should not be allowed to interpose any delay in granting Mr. Salim the relief requested by his motion. Mr. Salim was dragged into this case more than two years ago based on Plaintiffs' wild, unsupported allegations that Mr. Salim was involved in a vast international conspiracy to commit murder, attempted murder, serious financial crimes, and more. The claims against Mr. Salim lack any merit whatsoever as explained in Mr. Salim's motion and supporting reply. The claims against him should therefore be dismissed at the earliest opportunity and without delay.

Furthermore, the recently discovered, serious misconduct by Plaintiffs' counsel provides additional support for granting Mr. Salim's motion. As explained in the motion, Plaintiffs should not be allowed to file yet another amended complaint or to recharacterize their claims in any way. That was evident when Mr. Salim filed his motion and is even more evident now due to the recently discovered, serious misconduct by Plaintiffs' counsel which further establishes that Plaintiffs are totally undeserving of another bite at the apple.

Date: July 7, 2026

Respectfully submitted,

/s/ Douglas C. Melcher

_____
Douglas C. Melcher, DC Bar No. 466148
MELCHERLAW
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
202-427-5753 (direct)
dmelcher@melcherlaw.com
www.melcherlaw.com
*Counsel for Defendant Hamza Salim*

## CERTIFICATE OF SERVICE

I certify that on this 7th day of July 2026, I caused this document to be submitted to the Court via ECF and thereby electronically served to all parties and counsel registered with ECF.

/s/ Douglas C. Melcher

_____
Douglas C. Melcher, DC Bar No. 466148