# EXHIBIT B

**Bruce H. White**
Attorney at Law
**Parsons Behle & Latimer**
201 South Main Street, Suite 1800  •  Salt Lake City,  Utah  84111
Main  +1 801.532.1234

*Bruce H. White is a member of the Board of Directors of the firm Parsons Behle & Latimer and has a sophisticated business law practice focusing on acquisitions, sales, financings (secured and capital raises through private equity and family offices). Bruce is part of the firm's National Professional Services (DSO and MSO) team, representing organizations and practices across the country.*

Biography

Bruce H. White is a member of the Board of Directors and a shareholder in the firm and concentrates his practice on all aspects of business transactions (mergers and acquisitions), commercial financing, corporate law and corporate reorganizations.

Bruce has more than 25 years of large law firm and business experience representing clients in a wide range of business law matters including, traditional debt financing (secured and unsecured) and capital financing of companies (private equity), acquisitions, sales and mergers of all types of business, including healthcare, mining, oil & gas, professional service companies (DSO and MSO), manufacturing and technology companies among many others. Bruce also has substantial experience representing lenders and businesses in out of court restructurings and in Chapter 11 bankruptcy cases.

Bruce has substantial experience advising company management and board of directors on a wide range of corporate governance and fiduciary duty matters.

Prior to joining the firm, Bruce was President, CEO and General Counsel of a large manufacturing company in Utah, where he, including operations, strategic planning, and financial matters. Bruce oversaw all legal matters, financial transactions, and created and developed a successful business model.

Bruce was a shareholder at the international law firm of Greenberg Traurig in Dallas and a partner at the national firm of Patton Boggs in Dallas
Experience

Parsons Represents Barrick in Acquisition of its Mercur Mines LLC by Revival Gold

Parsons represented Barrick Gold Exploration Inc. in a sale of the Mercur Mine to Revival Gold Inc. The project is anticipated to be Utah's largest gold producer and contribute more than $4 billion to Utah's economy creating an estimated 400 direct jobs during construction and 300 direct jobs over 10 years plus operation. Parsons' corporate attorneys advised in all aspects of the transaction with Parsons's corporate, real estate and environmental attorneys handling environmental due diligence, contracts and permitting.

SBIC Lending Representation for Independent Sponsor Acquisition Finance

Served as legal counsel for a community impact fund in its SBIC lending practice focused on providing acquisition finance to independent sponsors. Represented the fund in documenting 15 lending transactions with a combined value exceeding $80 million.

Parsons Represents Blue Coolers in its Acquisition of Caddis Sports

Parsons Behle & Latimer advised Blue Coolers on its purchase of Caddis Sports Inc., a legacy outdoor and fishing equipment brand. The Parsons team was led by Adam Ott and Bruce White with assistance from Hunter Johnson. Emily Holt and Lauren Reber also advised on the transaction.

Accomplishments

Academic

Creighton University Law School (J.D., 1989)

Utah State University (B.S., 1985)
Professional

Listed in *The Best Lawyers in America*, Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law; Litigation – Bankruptcy

"Lawyer of the Year," Dallas Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law, 2013

Member, Winning Team, *U.S. News - Best Lawyers* "Law Firm of the Year" in Bankruptcy & Creditor Debtor Rights / Insolvency & Reorganization Law and Litigation – Bankruptcy, 2013

Listed, *Texas' Best Lawyers*, 2009 - 2013

Listed, *Chambers USA Guide*, 2007 - 2013, 2024 - 2026

Listed, *Super Lawyers* magazine, Texas Super Lawyers

"Corporate Counsel Edition, Bankruptcy & Creditor / Debtor Rights,"

"Rising Star," Super Lawyers magazine, 2004

Listed, The Legal 500 United States, 2009

Rated, AV® Preeminent™ 5.0 out of 5 in *Martindale-Hubbell*

Associations

Professional

Association for Corporate Growth (ACG) - Member

American Bankruptcy Institute (ABI) - Member

Turnaround Management Association (TMA) - Member

J. Reuben Clark Law Society - Member

American Bar Association - Member