**IN THE UNITED STATES DISTRICT COURT
FOR THE DISRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| MAKI REVEND, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:24-cv-00278-RDM |
| **TREEFA AZIZ Et al.** | ) | Judge Randolph Moss |
| | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**PLAINTIFFS' COUNSEL'S RESPONSE TO JUDGE RANDOLPH D. MOSS MINUTE
ORDER OF JULY 29, 2026 – PREVIOUS *EX PARTE* DOCUMENTS FILED UDER
SEAL HEREBY FILED ON PUBLIC DOCKET AND DISCLOSED TO DEFENDANTS'
COUNSEL**

Plaintiffs' documents filed on July 29, 2026, under seal are hereby filed through the

CM/ECF system on the public docket and served on Defendants' counsel.


James R. Tate
Paul Mickelsen
Counsel for Plaintiffs

**TATE BYWATER**
By:     /s/ James R. Tate
Tate Bywater
James R. Tate, *pro hac vice* (VA Bar Number 06241)
Email: jtate@tatebywater.com


        /s/ Paul Mickelsen
Tate Bywater
Paul Mickelsen (D.C. Bar Number 500750)
Benjamin Ader (D.C. Bar Number 1616990)
2740 Chain Bridge Road
Vienna, VA 22181
Tel: 703-938-5100
Email: pmickelsen@tatebywater.com
Email: bader@tatebywater.com

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 3, 2026, I served a true and accurate copy of the

foregoing via ECF.

           /s/ James R. Tate