## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Maki Revend, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>Treefa Aziz, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:24-cv-00278-RDM<br>Judge Randolph Moss |

## **DEFENDANT TREEFA AZIZ'S RESPONSE TO PLAINTIFFS' AUGUST 3, 2026 NONCOMPLIANT FILING**

Defendant Treefa Aziz respectfully submits this response to Plaintiffs' counsel's noncompliant filings dated July 29, 2026, voluntarily unsealed on August 3, 2026 (ECF Nos. 191, 191-1, and 191-2), and which purported to respond to the Court's order dated July 24, 2026 (Order). Instead of showing cause, as the Order directed, Plaintiffs' counsel's filing only serves to underscore that attorney Tate is hiding behind non-attorney Studdert, who in turn is hiding behind unnamed purported "attorneys," who in turn allegedly are hiding their names from this Court out of alleged fear that disclosure of their names under seal to the Court, would subject them to danger from the democratically elected Prime Minister of Kurdistan, Iraq.

Equally noncompliant is Plaintiffs' volunteering of the name of a transactional bankruptcy lawyer (after claiming he requested his name be kept under seal) to perform citation checks on a temporary basis. This voluntary disclosure seems to misunderstand

this Court's order (dated April 16, 2026, and reconfirmed in an order dated June 22, 2026) resolving citation and pleading accuracy by requiring two Tate Bywater attorneys to certify Plaintiffs' pleadings.

Upon information and belief, a primary reason Plaintiffs' counsel persists in thwarting the Court's order to end their concealment of authors of papers filed in this case, is the knowledge that, if put to the test of perjury, at least one concealed U.S.-based author, contrary to counsel's written and in-court statements, is not a lawyer. Further, as Plaintiffs' counsel knows, having needlessly volunteered the name of a lawyer on the record, no U.S. licensed attorney who allegedly has provided or would provide pleadings in this case, after having been informed that (a) their names have been court-ordered and (b) their names would be protected under seal, would persist in professing fear of divulging his or her name to the Court.

Many of the far-fetched, unsubstantiated allegations in the July 29, 2026 Studdert-Tate letter (ECF 191-1), are not susceptible at this time to conclusive proof of falsehood, but one such statement is provably false. The Studdert-Tate letter accuses Defendants Jonathon Moore and Valerie Cupp, of "… using one attorney and partially orchestrat[ing]" seventeen German lawsuits suits against Plaintiff Make Revend in "a campaign of harassment designed to weaken him." ECF 191-1 at 3.

This statement is a deliberate, whole cloth fabrication. As has been confirmed with Jonathon Moore and Valerie Cupp, and their respective attorneys, neither of these individuals even knew the identity of, much less "orchestrated" or even communicated with, the German lawyer engaged. Moreover, that German lawyer was hired, by other

parties, not to harass Plaintiff Maki Revend, but to seek redress for defamatory statements Mr. Revend was making.

The foregoing account has also been reconfirmed with the relevant German counsel. Beginning in 2022, German counsel, without any input or involvement of Mr. Moore or Ms. Cupp, pursued – and overwhelmingly prevailed in the German courts – against Plaintiff Maki Revend for victimizing multiple parties (some, but not all, of whom were Barzani family members) with false defamation. German counsel has confirmed that, prior to the 2024 filing of the Amended Complaint in this lawsuit, he had no knowledge of the existence of Jonathon Moore or of Valerie Cupp.

Apart from dismissal of this case on the merits, Defendant Treefa Aziz respectfully submits that Plaintiffs' August 3, 2026 filing provides further grounds for sanctions for what has constituted a serious, ongoing abuse of the judicial process.

Dated: August 6, 2026    Respectfully submitted,

*/s/ Joe R. Reeder*
Dominic E. Draye (DC Bar No. 1008820)
Richard Edlin (NY Bar No. 2051696;
admitted *pro hac vice*)
Joe R. Reeder (DC Bar No. 279786)
Greenberg Traurig, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Tel. (202) 331-3100
Fax (202) 331-3101
drayed@gtlaw.com
reederj@gtlaw.com

*Attorneys for Treefa Aziz*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, the foregoing was served via ECF on all counsel of record.

Respectfully submitted,

/s/ *Joe R. Reeder*
Joe R. Reeder